IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOX VALLEY LABORERS HEALTH AND WELFARE FUND, *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) CIVIL ACTION<br>) |
| v. | ) NO. 23 C 3433<br>) |
| MIDWEST DIRT, LLC, an Illinois limited liability company, | ) JUDGE CHARLES P. KOCORAS<br>)<br>) |
| Defendant. | ) |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

Plaintiffs, by their attorneys, and pursuant to Federal Rule of Civil Procedure Rule 55(b), move for entry of judgment by default against Defendant, MIDWEST DIRT, LLC, an Illinois limited liability company, in the total amount of $43,748.82, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,273.25.

On June 7, 3034, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to her spouse/boyfriend, Nathan Walton) at her residence (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on June 28, 2023. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment pursuant to F.R.Civ.P. Rule 55(b).

/s/ Catherine M. Chapman

Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL   60606-5250
Bar No.: 6204026
Telephone:  (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\FVLJ\Midwest Dirt\motion for entry of default and judgment.cmc.df.wpd

**CERTIFICATE OF SERVICE**

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 24th day of July 2023:

       Ms. Lori L. Pippel, Registered Agent
       Midwest Dirt, L.L.C.
       3128 Partridge Lane
       Belvidere, IL   61008-9667

       /s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL   60606-5250
Bar No.: 6204026
Telephone: (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\FVLJ\Midwest Dirt\motion for entry of default and judgment.cmc.df.wpd